IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**EXABYTE CORPORATION,**

Plaintiff and Counterdefendant,

v.

**CERTANCE LLC,**

Defendant and Counterclaimant.

Case No. 04-MK-2061 (MJW)

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 21 2005

GREGORY C. LANGHAM
CLERK

[~~PROPOSED~~] ORDER

The Court having reviewed Peter A. Gergely's Motion to Withdraw and being fully advised in the premises, hereby **ORDERS** that the Motion is **GRANTED**.

Done this _17th_ day of June, 2005.

BY THE COURT:

_____
United States District Judge

3