IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Case No. 04-cv-02061-MSK-MJW

EXABYTE CORPORATION,

    Plaintiff,

v.

CERTANCE LLC,

    Defendant.

_____

**ORDER OF DISMISSAL AND TO CLOSE CASE**
_____

The Court has reviewed the Stipulation of Dismissal **(#25)** that was filed jointly by the parties to this case, and in accordance therewith it is

ORDERED that this action and all claims herein are dismissed with prejudice, each side to bear its own costs. The clerk is instructed to close this case.

DATED this 31st day of October, 2005.

                                                **BY THE COURT:**

                                                *Marcia S. Krieger* (signature)
                                                _____

                                                Marcia S. Krieger
                                                United States District Judge